1004

[No. 64369-0-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
DIAZ-GALVIN, *Appellant*.

*Reversed* and *remanded* by unpublished per curiam opinion.

[No. 64472-6-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. JAMES,
*Appellant*.

Appeal *dismissed*, action *converted* to personal restraint petition, and petition *dismissed* by unpublished per curiam opinion.

[No. 65166-8-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL S. HART,
*Appellant*.

*Reversed* and *remanded* by unpublished per curiam opinion.

[No. 65305-9-I.   Division One.   December 20, 2010.]

BOOKER MCCLENTY, *Appellant*, v. THE DEPARTMENT OF
EMPLOYMENT SECURITY, *Respondent*.

*Affirmed* by unpublished per curiam opinion.